Kathleen M. DeLaney (SBN 196376)
kdelane5@travelers.com
**USERY & ASSOCIATES**
Mailing Address: P.O. Box 2996
Hartford, CT 06104-2996
Physical Address: 401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680
Fax: (844) 571-3789

Attorneys for Defendant THE STANDARD FIRE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DAVIES, an individual; and ELIZABETH DAVIES, and individual,<br><br>       Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Connecticut corporation; and DOES 1-10, inclusive,<br><br>       Defendants. | **CASE NO.  2:25-cv-01620-CKD**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiffs, BRUCE DAVIES and ELIZABETH DAVIES, and the attorneys for Defendant, THE STANDARD FIRE INSURANCE COMPANY, that the above-captioned action is hereby dismissed, with prejudice, as to Defendant THE STANDARD FIRE INSURANCE COMPANY, each party to bear its own costs and attorney's fees.

///

///

///

///

-1-
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: August 22, 2025 | **USERY & ASSOCIATES** |
| 2 | | |
| 3 | | By: /s/Kathleen M. DeLaney |
| 4 | |      Kathleen M. DeLaney |
| 5 | | Attorneys for Defendant THE STANDARD FIRE INSURANCE COMPANY |
| 6 | | |
| 7 | DATED: August 22, 2025 | |
| 8 | | |
| 9 | | By: /s/ Jason Dilday (as authorized on August 22, 2025) |
| 10 | |      Jason Dilday |
| 11 | | Attorneys for Plaintiffs BRUCE DAVIES and ELIZABETH DAVIES |

-2-
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**